# UNITED STATES of America, Plaintiff–Appellee,

v.

# Supreme SCOTT, a.k.a. Walter Scott, Defendant–Appellant.

## No. 10–12499
## Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 2, 2011.

Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, Emalyn Webber, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Steven Kassner, Berk, Merchant & Sims, PLC, Coral Gables, FL, for Defendant–Appellant.

Supreme Scott, Bennettsville, SC, pro se.

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Steven Kassner, counsel for Supreme Scott in this direct criminal appeal, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because review of the issues raised by Scott and counsel, as well as an independent review of the record as a whole, reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Scott's convictions and sentences are

**AFFIRMED.**